# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2815

_____

ZAVON PALMORE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Brantley Scott Clark, Jr., Judge.


April 30, 2025

PER CURIAM.

AFFIRMED. *See Samuel v. State*, 222 So. 2d 3, 5 (Fla. 1969) (holding that a warrant authorizing the search of a premises—one that particularly describes the premises to be searched as well as the contraband to be seized—need not also "identify, by name or by personal description, the person or persons expected to be found therein and to be searched as an incident to the search" of the premises).

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Robert David Malove and Hani Demetrious of The Law Offices of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.